IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **YVONNEE J. WILLIAMS,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 5:08-cv-01269-SLB |
| **TOTAL BODY ESSENTIAL NUTRITION INC., et al.,** | } |
| **Defendants.** | } |

## ORDER

This matter is before the court on Defendant Texamerican Food Blending, Inc.'s Motion to Consolidate (Doc. # 29), filed on December 18, 2008. Texamerican's motion seeks to consolidate this case with the multidistrict litigation pending before the Honorable R. David Proctor. Although this motion was originally opposed, on January 27, 2009, Plaintiff submitted a Limited Consent to Consolidate Proceedings with MDL 1985. (Doc. # 30) Because this case is part of the same or related series of transactions at issue in MDL 1985, the consolidation of these actions will promote judicial economy, avoid inconsistent results, and aid in the orderly administration of justice within the court system of this district. Therefore, Defendant's motion to consolidate is **GRANTED**.

The Clerk of the Court is **DIRECTED** to transfer this case to the Honorable R. David Proctor for inclusion in MDL 1985 (Master File No.: 2:08-CV-1946-RDP).

**DONE** this 30th day of March, 2009.

_Sharon Lovelace Blackburn_
**SHARON LOVELACE BLACKBURN**
UNITED STATES DISTRICT JUDGE