# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **YVONNEE J. WILLIAMS,** | } | |
| | } | |
| **Plaintiff,** | } | |
| | } | |
| **v.** | } | **Case No.: 5:08-CV-1269-RDP** |
| | } | |
| **TOTAL BODY ESSENTIAL** | } | |
| **NUTRITION, INC., et al.,** | } | |
| | } | |
| **Defendants.** | } | |

## ORDER

The parties have reached an agreement in principle that settles all pending claims in this case.

Accordingly, the court **ORDERS** as follows:

1.      The parties are **DIRECTED** to execute their Memorandum of Understanding no later than **two (2) calendar days** from the entry date of this Order.  The parties are further **DIRECTED** to execute their final Settlement Agreement no later than **thirty (30) calendar days** from the entry date of this Order.[1]

2.      The Clerk of Court is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case.

3.      Plaintiff's Motion to Remand (Doc. #15), filed August 1, 2008, is **MOOT**.

4.      The court shall retain jurisdiction over this case for the purpose of enforcing the settlement reached by the parties.

**DONE** and **ORDERED** this ____4th____ day of August, 2010.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE

---

[1]If additional time is required for either of these tasks, then the parties are **DIRECTED** to coordinate with the court's Special Master, Edgar C. Gentle, III, and to propose, through him, alternative deadlines.